1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT
7                        FOR THE DISTRICT OF ARIZONA
8
9   Karl Anthony Yulit,                )    No. CV 04-0139-PHX-MHM (MS)
                                        )
10              Petitioner,             )    **ORDER**
                                        )
11  vs.                                 )
                                        )
12                                      )
    John Ashcroft, et al.,              )
13                                      )
                Respondents.            )
14                                      )
                                        )
15  _____     )

16          A Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 has been filed in this

17  case. The matter was referred to Magistrate Judge Morton Sitver who has issued a Report and

18  Recommendation that recommends that the Petition should be denied in its entirety. (Doc.

19  23).  No objections have been filed to the Report and Recommendation.

20          On June 8, 2004, Respondents filed notice of intent to remove Petitioner from the

21  United States to Nicaragua.  (Doc. 17).  Petitioner filed a response to this notice (Doc. 18)

22  but did not request a stay of removal.  On September 22, 2004, Respondents filed notice that

23  Petitioner had been removed from the United States on June 30, 2004.  (Doc. 20).

24          The Court must review the legal analysis in the Report and Recommendation de novo.

25  See 28 U.S.C. § 636(b)(1)(C).  The Court must review the factual analysis in the Report and

26  Recommendation de novo for those facts to which objections are filed and for clear error for

27  those facts to which no objections are filed.  Id.

28

1   The Magistrate Judge has recommended that Grounds Two and Three of the Petition
2   should be denied as moot.   In Grounds Two and Three, Petitioner has presented claims
3   related to his continued deportation.  Petitioner was removed to Nicaragua on June 30, 2004.
4   The Court adopts the Magistrate Judge's recommendation that Grounds Two and Three
5   should be denied as moot.  Petitioner's Ground Four was denied in a previous Order. (Doc.
6   4).

7   Respondents have filed a motion to transfer Ground One of the Petition to the United
8   States Court of Appeals for the Ninth Circuit pursuant to Section 106 of the REAL ID Act
9   of 2005.  (Doc. 25).  Under the REAL ID Act of 2005, Pub. L. No. 109-13, § 106, enacted
10  on May 11, 2005, the district court shall transfer the case, or the part of the case, that
11  challenges a final administrative order of removal, deportation, or exclusion, to the court of
12  appeals for the circuit in which a petition for review could have been properly filed. In
13  Ground One, Petitioner has challenged the final administrative order of removal.
14  Respondents' motion to transfer Ground One to the Court of Appeals for the Ninth Circuit
15  is granted.

16  **Accordingly**,

17  **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 23)
18  is adopted in part as the Order of this Court and Grounds Two and Three of the Petition are
19  denied and dismissed as moot.

20  **IT IS FURTHER ORDERED** that Respondents' motion to transfer Ground One of
21  the Petition (Doc. 25) is granted.

22  **IT IS FURTHER ORDERED** that the Magistrate Judge's Report and
23  Recommendation as to Ground One of the Petition has not been adopted as the Order of this
24  Court, as Ground One is being transferred to the United States Court of Appeals for the Ninth
25  Circuit.

26  **IT IS FURTHER ORDERED** that Ground One (the only remaining ground) of the
27  Petition for Writ of Habeas Corpus (including the case file) challenging the final
28

1    administrative order of removal is transferred to the United States Court of Appeals for the

2    Ninth Circuit as a Petition for Review pursuant to the REAL ID Act of 2005.

3          DATED this 12th day of October, 2005.

4

5

6    _____
                  Mary H. Murgula
7              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28